# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2022-0325, <u>Deanne Sanville v. William Trybulski & a.</u>, the court on February 1, 2023, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order. <u>See</u> <u>Sup. Ct. R.</u> 20(2). The plaintiff, Deanne Sanville, appeals an order of the Superior Court (<u>Honigberg</u>, J.) granting summary judgment in favor of the defendants on the plaintiff's claim for rescission of a 2009 private road maintenance agreement. Based upon our review of the parties' written arguments, the relevant law, the record on appeal, and the trial court's thorough and well-reasoned decision, we conclude that the plaintiff has not demonstrated reversible error. <u>See</u> <u>Sup. Ct. R.</u> 25(8); <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). We, therefore, affirm the trial court's decision.

<u>Affirmed</u>.

MacDonald, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,
Clerk**